IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02059-MSK-CBS

LEATHEM STEARN,

        Plaintiff,

v.

JOHN D. LASALLE,

        Defendant.

---

## ORDER REGARDING COMPLIANCE WITH RULES

---

**THIS MATTER** comes before the Court on the Verified Motion to Remand with Legal
Authority (Motion) **(#8)** filed November 19, 2007. The Defendant has not complied with
applicable provisions of the Federal Rules of Civil Procedure or the United States District Court
for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically,
D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion is **DENIED**, without prejudice.

DATED this 20th day of November, 2007.

                                            **BY THE COURT:**

                                            *Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge