IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02059-MSK-KMT

LEATHEM STEARN,

    Plaintiff,

v.

JOHN D. LASALLE,

    Defendant.

---

## ORDER DENYING MOTION TO REMAND

---

THIS MATTER comes before the Court on a Motion to Remand **(#10)** filed by the Defendant. The Plaintiff responded **(#11)**, and the Defendant replied **(#12)**. Having considered the same, the Court

**FINDS** and **CONCLUDES** that:

The Plaintiff commenced this action in federal court, invoking the Court's jurisdiction under 28 U.S.C. § 1332. He alleges legal malpractice by the Defendant. The Defendant, through counsel, moves to remand the case to state court on the basis that the Plaintiff can actually recover no more than $75,000 in this lawsuit, thus he contends that the Court lacks jurisdiction under 28 U.S.C. § 1332. The Plaintiff opposes this motion, contends that the Court has original jurisdiction, and asserts there is nothing to remand.

The term "remand" means, literally, to send the case back to the court from whence it came. Because this case was commenced in federal court, there is no court to which it could be remanded.

Moreover, the Plaintiff has pled sufficient facts to support the Court's jurisdiction. Because this action was commenced in federal court, the Court examines the complaint and determines whether it contains factual allegations sufficient to establish the required amount in controversy. *See Adams v. Reliance Standard Life Ins. Co.,* 225 F.3d 1179, 1183 (10th Cir. 2000). The amount claimed by the Plaintiff is presumed to be sufficient to support diversity jurisdiction. *See Martin v. Franklin Capital Corp.,* 251 F.3d 1284, 1289 (10th Cir. 2001).

Here, the Plaintiff alleges that he is a resident of Connecticut, and that the Defendant is a resident of Colorado. He also alleges that the amount in controversy exceeds $75,000, and he seeks to recover the following damages: (1) the value of a defaulted note, which he alleges is $5,295,103.17; (2) $33,086 for legal services he obtained; (3) $50,480 for homeowner's dues he paid; (4) $10,320 for ongoing homeowner's dues; (5) taxes totaling more than $60,000; (6) a "loss total" of $5,450,837.49; and (7) $2,400,000 in other losses. Thus, the Plaintiff has alleged sufficient facts to support jurisdiction under 28 U.S.C. § 1332. If he recovers less than the jurisdictional amount at trial, then the statute provides for its own remedy. *See* 28 U.S.C. § 1332(b).

**IT IS THEREFORE ORDERED** that the Motion to Remand **(#10)** is **DENIED**.

Dated this 26th day of February, 2008

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge