IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02059-MSK-KMT

LEATHEM STEARN,

    Plaintiff,

v.

JOHN D. LASALLE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Plaintiff's "Stipulated Motion to Modify Scheduling Order" (#28, filed September 17, 2008) is GRANTED. The Scheduling Order is modified as follows:

    Discovery cutoff is November 20, 2008

    Expert witness disclosure is December 20, 2008

    Rebuttal expert disclosure is January 30, 2009

    Dispositive motions are due February 28, 2009

Dated: September 22, 2008