IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-02059-MSK-KMT

LEATHEM STEARN,

    Plaintiff,

v.

JOHN D. LASALLE,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Stipulated MOTION to Amend/Correct/Modify Modify the Scheduling Order" (#33, filed November 10, 2008) is **GRANTED in part**. The Scheduling Order is modified as follows:

    Fact discovery cutoff: January 12, 2009
    Expert disclosures: January 16, 2009
    Rebuttal experts: February 16, 2009
    Dispositive motions deadline: March 27, 2009

NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.

Dated: December 15, 2008