IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 07-cv-02059-CMA-CBS

LEATHEM STEARN,

    Plaintiff,

v.

JOHN D. LASALLE,

    Defendant.
_____

**ORDER VACATING FINAL PRETRIAL CONFERENCE**
_____

In light of this Court's Combined Practice Standards IV Trials (A), the Final Pretrial Conference set on April 28, 2009, at 9:00 a.m. is vacated and shall be reset by Magistrate Tafoya.

DATED: December 22, 2008.

                      BY THE COURT:

                      _____
                      Christine M. Arguello
                      United States District Judge