**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  07-cv-02059-CMA-KMT

LEATHEM STEARN,

    Plaintiff;

vs.

JOHN D. LASALLE,

    Defendant.

---

**ORDER INCORPORATING SETTLEMENT AGREEMENT INTO
DISMISSAL OF CLAIMS, AND FOR ADMINISTRATIVE CLOSURE**

---

THIS MATTER having come before the Court on Plaintiff's Stipulated Motion to Incorporate Settlement Agreement into Dismissal and for Administrative Closure Only, the Court having reviewed the Motion, having reviewed the file and being otherwise advised in these circumstances, hereby:

1. Incorporates the Settlement Agreement attached as Appendix A to said Motion into this Order;

2. Dismisses Plaintiff's claims against the Defendant as asserted in the Complaint in the within matter; and

3. Pursuant to D.C.COLO.LCivR 41.2 directs the Clerk to close this civil action administratively subject to reopening for good cause.

4. The matter is to be closed administratively subject to reopening for good cause so that Plaintiff may, in the event of default on the terms of the Settlement Agreement by Defendant, apply to the Court on Motion and Affidavit to reduce the balance due pursuant to the Settlement Agreement to judgment.

DATED:  January __13__, 2009

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge